**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JESSYKA KIRK and NICOLE ALSTON, | Case No. 1:23-cv-03407 |
| Plaintiffs, | |
| v. | |
| BRIDGE IT, INC., | |
| Defendant. | |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby give notice that Plaintiffs' Complaint is dismissed without prejudice.

Respectfully Submitted,

Dated: April 25, 2024

By: */s/ Kevin Abramowicz*
Kevin Abramowicz
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Pittsburgh, PA 15201
(412) 223-5740
kabramowicz@eastendtrialgroup.com

*Attorney for Plaintiffs*